# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9464-GW-AJRx | Date | December 3, 2024 |
|---|---|---|---|
| Title | *Robert Damian Sandoval v. Experian Information Solutions, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On December 2, 2024, Plaintiff Robert D. Sandoval filed a Notice of Settlement [9]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed by January 31, 2025. The Court sets an order to show re: settlement hearing for February 3, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 31, 2025.

| | : |
|---|---|
| Initials of Preparer | JG |